

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TAD
F. #2015R00079

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 24, 2015

<u>By Email and ECF</u>

Michael Schneider, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th Fl.
Brooklyn, New York 11201

   Re: <u>United States v. Tairod Nathan Webster Pugh</u>
     <u>Criminal Docket No. 15-116 (NGG)</u>

Dear Mr. Schneider:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-captioned matter. This discovery supplements the discovery produced on April 4, 2015 (TP 00001-4009 and portable hard drive labeled: 415-M-NY-5959970 Discovery Copy, 4/1/2015, SID 1527772, FBI NYD, Initial: "CR"). The government again requests reciprocal discovery.

   The following documents are enclosed:

| Description | Bates Range |
| --- | --- |
| Report of Analysis dated February 18, 2015 concerning defendant's electronic devices (items Q1 through Q9) | TP 04010-4013 |
| Report of Analysis dated January 16, 2015 concerning defendant's HP laptop computer and charger (item Q10) | TP 04014-4015 |
| Report of Analysis dated March 12, 2015 concerning damaged memory chips (items Q11 through Q14) | TP 04016-4020 |

| | |
|---|---|
| January 14, 2015 search warrant and application for defendant's electronic devices | TP 04021-4042 |
| January 21, 2015 search warrant and application for defendant's 2 black backpacks | TP 04043-4049 |
| February 17, 2015 search warrant and application for defendant's Facebook account | TP 04050-4090 |
| Photograph of Tairod Pugh taken at Ataturk Airport on January 10, 2015 | TP 04091 |
| Photograph of defendant's itinerary from Cairo to Istanbul | TP 04092 |

Please feel free to contact me should you have any questions or concerns.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/ Tiana Demas
Tiana Demas
Assistant U.S. Attorney
(718) 254-6116

Enclosures: TP 04010-04092

cc:   Clerk of the Court (NGG) (by ECF) (without enclosures)