DOCKET NUMBER: CR 15-116 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: MAY 15, 2015  TIME IN COURT __ HRS  30  MINS
@ 10:00 AM.

**1. DEFENDANT**: TAIROD PUGH

Present X   Not Present        Custody   X    Not Custody

  **DEFENSE COUNSEL**: MICHAEL SCHNEIDER
X   FEDERAL DEFENDER:       CJA:         RETAINED:

**2. DEFENDANT**:
Present    Not Present      Custody     Not Custody

**DEFENSE COUNSEL**:
   FEDERAL DEFENDER:       CJA:     RETAINED:

**3. DEFENDANT**:
Present    Not Present    Custody      Not Custody

**DEFENSE COUNSEL**:
FEDERAL DEFENDER:  CJA:    RETAINED:


A.U.S.A.: SAM NITZE / TIANA DEMAS


**COURT REPORTER: HOLLY DRISCOLL**
**INTERPRETER:       LANGUAGE:**

| | | | |
|---|---|---|---|
| ☐ | Change of Plea Hearing (*~Util-Plea Entered*) | ☐ Revocation of Probation contested | |
| ☐ | Arraignment | ☐ Sentencing on a violation | |
| ☐ | Bail Appeal | ☐ Motion Hearing | |
| ☐ | Violation | ☐ Hearing | |
| X | Status Conference | ☐ Sentencing | |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction | |
| ☐ | Voir Dire Begun | ☐ Oral Argument | |
| ☐ | Voir Dire Held       Jury selection | ☐ Jury trial | |
| ☐ | Jury Trial Death Penalty  ☐  Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**: 5/15/15  **Speedy Trial Stop**: 6/05/15  **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**   YES ✱                                       NO ✗

STATUS CONFERENCE HELD; THE NEXT STATUS CONFERENCE IS SCHEDULED FOR FRIDAY, JUNE 5, 2015 AT 12:15 PM. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND JUNE 5, 2015 FOR PURPOSES OF RESOLVING THE REPRESENTATION OF THE DEFENDANT, REVIEW OF DISCOVERY AND PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.