

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SPN/TAD/MEB
F.#2015R00079

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 22, 2016

<u>By ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Pugh, No. 15-CR-116 (NGG)</u>

Dear Judge Garaufis:

   The parties respectfully request that the Court ask the following jurors to clarify or supplement their answers to the following questions on the questionnaire:

| JUROR | QUESTIONNAIRE ANSWERS REQUIRING FOLLOW UP |
|---|---|
| 74 | 27, 49, 57 |
| 75 | 18, 22, 27, 32, 57 |
| 76 | 16, 23, 36 (where in Turkey? Nice experience?), 55 |
| 78 | 20 (spouse's line of work), 23 |
| 80 | 36, 57 |
| 81 | 20, 42, 57 |
| 82 | 16, 27, 34 |
| 83 | 2 (difficulty reading? – see answer to 8), 16, 25, 40, 53, 57 |
| 84 | 16, 17, 18, 32 |
| 85 | 34, 49, 53 |

| JUROR | QUESTIONNAIRE ANSWERS REQUIRING FOLLOW UP |
|---|---|
| 87 | 25, 30, 32 |
| 88 | 16, 28, 30, 32, 34 |
| 90 | 28, 50, 55, 56 |
| 91 | 27 |
| 92 | 20, 29, 57 |
| 93 | 1, 12, 16, 26, 38, 55 |
| 94 | 16, 57 |
| 96 | 20, 25, 32, 34, 37, 55 |
| 100 | 55 |
| 101 | 20, 32, 33 |
| 103 | 16, 20 |
| 104 | 16, 27, 32, 36 (Egypt) |
| 107 | 16, 20, 32 |
| 108 | 16, 34 (affect impartiality?) |
| 109 | 16, 34 (affect impartiality?), 37 |
| 110 | 16, 23, 39, 40, 41, 52 |
| 112 | 16, 27, 34 (affect impartiality?) |
| 113 | 27 (settled?), 30, 32, 55 |
| 114 | 25, 34 (affect impartiality?), 49 |
| 115 | 16 |
| 116 | 27, 36 |
| 117 | 38, 51 |
| 118 | 27, 30, 32 |
| 119 | 16, 32, 34, 40 |

| JUROR | QUESTIONNAIRE ANSWERS REQUIRING FOLLOW UP |
|---|---|
| 120 | 38, 50 |
| 121 | 16, 19, 25, 27 |
| 122 | 19 |
| 125 | 17, 30, 31, 40, 45 |
| 126 | 19, 34, 36, 38, 44 |
| 127 | 25, 26, 32, 38, 39, 41 |
| 128 | 27, 42, 53, 55 |
| 129 | 17, 20, 23, 30 |
| 130 | 16, 32, 42, 55 |
| 131 | 16, 27, 32 |
| 132 | 25, 27, 30, 32, 55 |
| 135 | 25, 27, 45 |
| 139 | 16, 28, 32, 34 (affect impartiality?), 37, 42 |
| 141 | 16, 55 |
| 143 | 16, 18 (what branch of law enforcement?), 27 |
| 144 | 16, 27 |
| 145 | 2, 16, 25, 29, 30, 55 |
| 150 | 27 |
| 151 | 16, 17, 19, 34 (affect impartiality?), 37 |
| 152 | 30 (affect impartiality?), 39, 55 |
| 154 | 36 (will anti-Israeli rhetoric affect impartiality?), 38, 39, 51, 55 |
| 155 | 16, 20 |
| 158 | 16 |
| 159 | 16 |

| JUROR | QUESTIONNAIRE ANSWERS REQUIRING FOLLOW UP |
|---|---|
| 160 | 16, 29 (will his having served as a witness affect his assessment of witnesses in this trial?), 30, 55 |
| 162 | 34 (affect impartiality?), 55 |
| 163 | 16, 18, 40, 41, 42, 45, 49 |
| 164 | 16, 17, 32, 34 (affect impartiality?) |
| 167 | 32, 44, 46, 55 |
| 168 | 27 |
| 171 | 27, 29, 32, 35, 55 |
| 172 | 16 |
| 174 | 25, 55 |
| 177 | 27, 32, 34 (affect impartiality?) |
| 178 | 30, 55 |

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:  _____/s/_____
Samuel P. Nitze
Tiana A. Demas
Mark E. Bini
Assistant U.S. Attorneys
(718) 254-7000

4