CR 15-0116 (NGG)
USA V. TAIROD PUGH
RECORD OF CHALLENGES IN CRIMINAL CASE

| ROUND | NUMBER OF CHALLENGES: | | GOVERNMENT | DEFENDANT |
| | GOVT | DEFT | | |
|---|---|---|---|---|
| 1 | 1 | 2 | * | |
| 2 | 1 | 2 | | * |
| 3 | 1 | 2 | * | |
| 4 | 1 | 2 | | * |
| 5 | 1 | 1 | * | |
| 6 | 1 | 1 | | * |

CALL 28 PROSPECTIVE JURORS
    -16 CHALLENGES =12 JURORS

| ALT. | 3 | 3 | * | |
|---|---|---|---|---|

CALL 12 PROSPECTIVE ALTERNATE JURORS
    - 6 CHALLENGES = 6 ALTERNATE JURORS

* - DENOTES WHICH PARTY GOES FIRST IN ROUND