Received by the Pro Se Office
12/21/2020-KC

TO THE CLERK OF JUDGE GARAUFIS

Between 1993-1995 I DONATED BLOOD TO A MOBILE Red Cross. The Following year when the Truck RETURNED I Attempted to do so again BUT MY NAME WAS FLAGGED. I CANNOT GIVE BLOOD because There is Something WRONG WITH my IMMUNE SYSTEM.

IN JAN 2021 I will be 53 YEARS OLD WITH Family Heart Disease, DIABETES AND A WEAKENED IMMUNE SYSTEM.

I have IN THE PAST ASKED MY ATTORNIES To put forth a motion of COMPASSIONATE RELEASE. That was months Ago.

Currently I Am Not sick, THAT IS because while Covid has RAGED Through The general population I have been KEPT moderately safe IN THE Special Housing UNIT (SHU)

I WOULD LIKE For my ATTORNIES to 1.) put forth A COMPASSIONATE RELEASE MOTION

page 2 of 3

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

DEC 21 2020

BROOKLYN OFFICE.

2.) Send me the file on Nicholas Young - A cop somewhere in the south who went to jail for material support (gift cards) and obstruction of justice.

3.) Judge Wiensteen and a woman named Simaya who got less than 6 years for material support - Send me there file

4.) Jumaev (material support) Send me his file

5.) Hammoud (material support - Hezollah) Send me his file

While in the SHU I have made many request to visit the law library. I've gone once in the past 4 weeks and the printer has no paper to print out any case.

I cannot use the email to contact my attornies They don't realy anyway. And I can't call them becouse there is no way to record our conversation in the event of future litigation.

I want my attornies to work with me, not against me, not without me.

Sincerely,
Tairod Pugh
MDC Brooklyn
P.O. Box 329002
Brookly NY 11232

— TURN PAGE OVER —

Page 3 of 3

P.S. I DO NOT KNOW EXACTLY THE PROBLEM WITH MY BLOOD OR IMMUNE SYSTEM. A little Legal Help or Push to THE MEDICAL STAFF here AT MDC BROOKLYN could go A Long way.

IT may BE THAT THESE VACCINES COULD Kill ME JUST AS SURELY AS Covid can. ONE OF These VACCINES Actually INFEST A person with A Little BiT of COVID which could Be deadly!! DEADLY TO A WEAKENED IMMUNE SYSTEM.

So I want TO KNOW what my HEALTH STATUS TRULY is AS SOON Possible.

THANK You

Tairoa Pugh